THOMPSON *against* HARDMAN.

On a bill for a *partition*, this Court being authorized by the statute to decree a sale, where Courts of law are authorized, or where the ends of justice require it, may decide on the necessity of a sale, upon the report of a *master*, as well as of commissioners; and where the master reports that a sale is necessary, *commissioners* will be appointed to sell and convey.

*November* 26.     BILL for a partition, taken *pro confesso.*

*J. Radcliff*, for the plaintiff, moved for a reference to a master, to examine and report whether the premises could be divided, without great prejudice to the owners, it being suggested that they could not, and that a sale would be necessary, as the premises consisted of a house and lot in the city of *New-York.*

THE CHANCELLOR.  By the statute, (1 *N. R. L.* 514. s. 16.) the Court of Chancery, in cases of partition pending therein, may decree a sale of the premises, *in such cases as Courts of law are authorized by the act, or where the ends of justice shall require it.*  By the act, Courts of law are authorized to order a sale, when the *commissioners* shall return that a partition cannot be made without great prejudice.  The question is, whether this Court can ascertain the situation of the premises, and the necessity of a sale, by the report of a master, as well as of commissioners.  A master is the ordinary and proper officer for such duties, and he doubtless can perform the trust more conveniently than two or more commissioners.  But as *the sale* is a power given by the statute, it may be well doubted whether a master would have authority *to execute conveyances* to the purchasers.  If a master was the only person

to be employed, the Court would be obliged to compel *the parties* to convey, which may lead to great inconvenience and delay. If that course was to be pursued, the master might perform all the duties preparatory to the execution of the conveyances; but to convey without the act of the parties, and by the authority given by the statute, it would seem to be the safer and better construction of the statute, that *commissioners* must be appointed to sell and convey, according to the course prescribed to the Courts of law.

The Chancellor, accordingly, allowed a reference to a master, to make the requisite report, but afterwards appointed commissioners to sell and convey.